Civil Cover Sheet                                                    Page 1 of 1

**PRISONER CASE** UNITED STATES DISTRICT COURT   DOCKETED
NORTHERN DISTRICT OF ILLINOIS                    APR - 5 2002

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** U.S. ex rel ARTHUR DALE HICKEY

**Defendant(s):** JAMES SCHOMIG

**County of Residence:**

**County of Residence:**

**Plaintiff's Atty:** GARY RAVITZ
RAVITZ & PALLES, PC
203 N. LASALLE, SUITE 2100
312-5581689

**Defendant's Atty:**

**02C 2443**

~~JUDGE KENNELLY~~

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**III. Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff:- N/A
  Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**FILED**

**V. Nature of Suit:** 535 Death Penalty

APR 0 4 2002

**VI. Cause of Action:** 28 USC 2254

**MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT**

**VII. Requested in Complaint**
  Class Action:
  Dollar Demand:
  Jury Demand:

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _[signature]_

**Date:** 4/4/02

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**  Revised: 06/28/00

4/3/02