AO 240 (1/94)

# United States District Court
### DISTRICT OF ⎯⎯⎯⎯⎯

JUDGE KENNELLY
MAGISTRATE JUDGE
GERALDINE SOAT BROWN

US ex rel Hickey
**Plaintiff**

v.

Schomig
**Defendant**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED APR 0 4 2002
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED APR - 5 2002

CASE NUMBER: **02C 2443**

I, Hickey Arthur, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes  ☐ No  (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  PONTIAC

   Are you employed at the institution? NO  Do you receive any payment from the institution? $5.00

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   10-15-91   $500.00   D-D Construction Company
   Coal City Ill.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes  ☒ No
   b. Rent payments, interest or dividends              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes  ☒ No
   d. Disability or workers compensation payments       ☐ Yes  ☒ No
   e. Gifts or inheritances                             ☒ Yes  ☐ No
   f. Any other sources                                 ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

3

4. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

   If "Yes" state the total amount. ~~$298.38~~ 296.38

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

1-18-02        Arthur Hickey
DATE           SIGNATURE OF APPLICANT

Signed and Sworn to this 18th day of Jan, 2012

[Notary stamp: "OFFICIAL SEAL" MARK G. SPENCER, Notary Public, State of Illinois, My Commission Exp. 06/08/2004]

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 296.38 as of 1/24/02 on account to his/her credit at (name of institution) Pontiac Corr. Center . I further certify that the applicant has the following securities to his/her credit: N/A

_____ . I further certify that during the past six months the applicant's average balance was $ N/A .

1/24/02        Diane Dahm  Acct. Tech. I
DATE           SIGNATURE OF AUTHORIZED OFFICER

Date: 1/24/2002
Time: 11:01am

# Pontiac Correctional Center
## Inmate Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: Start thru End;  Inmate: A87634;  Active Status Only ? : No;  Print Restrictions ? :
Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? :
Yes;  Print Balance Errors Only ? : No

A87634 Hickey, Arthur D.     Housing Unit: PON-CU-04-18

| Date | Source | User | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 01 | Point of Sale | 48 | 60 Commissary | 186748 | 78599 | Commissary | -11.95 | 203.47 |
| 01 | Point of Sale | 26 | 60 Commissary | 193726 | 79046 | Commissary | -22.59 | 180.88 |
| 01 | Payroll | 18 | 20 Payroll Adjustment | 194118 | | P/R month of 06/2001 | 10.00 | 190.88 |
| 01 | Point of Sale | 5 | 60 Commissary | 200705 | 79536 | Commissary | -15.22 | 175.66 |
| 001 | Disbursements | 18 | 90 Medical Co-Pay | 200318 | Chk #33640 | 182889 - DOC: Medical Co-Pay | -2.00 | 173.66 |
| 001 | Point of Sale | 49 | 60 Commissary | 206749 | 80097 | Commissary | -14.68 | 158.98 |
| 001 | Point of Sale | 15 | 60 Commissary | 214715 | 80618 | Commissary | -16.39 | 142.59 |
| 2001 | Point of Sale | 28 | 60 Commissary | 220728 | 81093 | Commissary | -11.52 | 131.07 |
| 2001 | Payroll | 18 | 20 Payroll Adjustment | 222118 | | P/R month of 07/2001 | 10.00 | 141.07 |
| 2001 | Point of Sale | 34 | 60 Commissary | 227734 | 81582 | Commissary | -19.98 | 121.09 |
| /2001 | Disbursements | 18 | 90 Medical Co-Pay | 232318 | Chk #34154 | 188228 - DOC: Medical Co-Pay | -2.00 | 119.09 |
| /2001 | Point of Sale | 28 | 60 Commissary | 234728 | 82126 | Commissary | -6.78 | 112.31 |
| 3/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 235229 | 227007 | Lohraff, Tim | 25.00 | 137.31 |
| 7/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 239229 | 02261398983 | Rhodes, Shunta | 25.00 | 162.31 |
| 0/2001 | Point of Sale | 48 | 60 Commissary | 242748 | 82727 | Commissary | -23.16 | 139.15 |
| 6/2001 | Point of Sale | 5 | 60 Commissary | 249705 | 83086 | Commissary | -31.48 | 107.67 |
| 13/2001 | Point of Sale | 28 | 60 Commissary | 256728 | 83542 | Commissary | -38.57 | 69.10 |
| 14/2001 | Payroll | 18 | 20 Payroll Adjustment | 257118 | | P/R month of 08/2001 | 10.00 | 79.10 |
| 17/2001 | Disbursements | 18 | 80 Postage | 260318 | Chk #34516 | 193029 - DOC: Postage | -.34 | 78.76 |
| /20/2001 | Point of Sale | 3 | 60 Commissary | 263703 | 84038 | Commissary | -12.38 | 66.38 |
| /27/2001 | Point of Sale | 48 | 60 Commissary | 270748 | 84609 | Commissary | -16.21 | 50.17 |
| 0/04/2001 | Point of Sale | 28 | 60 Commissary | 277728 | 85044 | Commissary | -12.19 | 37.98 |
| 0/05/2001 | Payroll | 18 | 20 Payroll Adjustment | 278118 | | P/R month of 09/2001 | 10.00 | 47.98 |
| 0/11/2001 | Point of Sale | 48 | 60 Commissary | 284748 | 85493 | Commissary | -26.56 | 21.42 |
| 10/18/2001 | Point of Sale | 48 | 60 Commissary | 291748 | 85974 | Commissary | -16.20 | 5.22 |
| 10/25/2001 | Point of Sale | 48 | 60 Commissary | 298748 | 86491 | Commissary | -5.13 | .09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 399998 | Storm, W. | 50.00 | 50.09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 399999 | Storm, W. | 50.00 | 100.09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 400000 | Storm, W. | 50.00 | 150.09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 400001 | Storm, W. | 50.00 | 200.09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 400002 | Storm, W. | 50.00 | 250.09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 400003 | Storm, W. | 50.00 | 300.09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 400004 | Storm, W. | 50.00 | 350.09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 400005 | Storm, W. | 50.00 | 400.09 |
| 10/29/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 302229 | 400006 | Storm, W. | 50.00 | 450.09 |
| 11/08/2001 | Point of Sale | 28 | 60 Commissary | 312728 | 87399 | Commissary | -34.00 | 416.09 |
| 11/08/2001 | Point of Sale | 28 | 60 Commissary | 312728 | 87429 | Commissary | 1.92 | 418.01 |
| 11/09/2001 | Payroll | 18 | 20 Payroll Adjustment | 313118 | | P/R month of 10/2001 | 10.00 | 428.01 |
| 11/13/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 317229 | 02262571031 | Rhodes, Shurta | 50.00 | 478.01 |
| 11/13/2001 | Mail Room | 29 | 01 Money Order, Cert or C | 317229 | 02261420998 | Rhodes, Shurta | 25.00 | 503.01 |
| 11/15/2001 | Point of Sale | 5 | 60 Commissary | 319705 | 87831 | Commissary | -26.93 | 476.08 |
| 11/29/2001 | Point of Sale | 48 | 60 Commissary | 333748 | 88533 | Commissary | -39.56 | 436.52 |
| 11/30/2001 | Mail Room | 22 | 01 Money Order, Cert or C | 334222 | 02262571031 | Commissary Belongs To B02381 | -50.00 | 386.52 |

| Date: | 1/24/2002 | | | Pontiac Correctional Center | | | | Page 7 |
| Time: | 11:01am | | | Inmate Trust Fund | | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: Start thru End; Inmate: A87634; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: A87634  Hickey, Arthur D.**             **Housing Unit: PON-CU-04-18**

| Date | Source | User | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/06/2001 | Point of Sale | 28 | 60 Commissary | 340728 | 89046 | Commissary | -25.93 | 360.59 |
| 12/13/2001 | Point of Sale | 45 | 60 Commissary | 347745 | 89490 | Commissary | -14.02 | 346.57 |
| 12/14/2001 | Payroll | 18 | 20 Payroll Adjustment | 348118 | | P/R month of 11/2001 | 10.00 | 356.57 |
| 12/17/2001 | Disbursements | 18 | 80 Postage | 351318 | Chk #36044 | 211247 - DOC: Postage | -1.02 | 355.55 |
| 12/17/2001 | Disbursements | 18 | 80 Postage | 351318 | Chk #36044 | 211763 - DOC: Postage | -.68 | 354.87 |
| 12/20/2001 | Point of Sale | 48 | 60 Commissary | 354748 | 89981 | Commissary | -9.73 | 345.14 |
| 12/27/2001 | Point of Sale | 48 | 60 Commissary | 361748 | 90504 | Commissary | -4.82 | 340.32 |
| 01/03/2002 | Mail Room | 29 | 01 Money Order, Cert or C | 003229 | 271304853 | Lohraff, Tim | 25.00 | 365.32 |
| 01/03/2002 | Mail Room | 29 | 01 Money Order, Cert or C | 003229 | 271304852 | Lohraff, Tim | 25.00 | 390.32 |
| 01/04/2002 | Disbursements | 18 | 81 Legal Postage | 004318 | Chk #36239 | 216276 - DOC: Postage | -.34 | 389.98 |
| 01/10/2002 | Point of Sale | 28 | 60 Commissary | 010728 | 91151 | Commissary | -36.94 | 353.04 |
| 01/11/2002 | Payroll | 18 | 20 Payroll Adjustment | 011118 | | P/R month of 12/2001 | 5.00 | 358.04 |
| 01/17/2002 | Point of Sale | 32 | 60 Commissary | 017732 | 91841 | Commissary | -35.89 | 322.15 |
| 01/24/2002 | Point of Sale | 28 | 60 Commissary | 024728 | 92365 | Commissary | -22.27 | 299.88 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 299.88 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 3.50 |
| **Funds Available:** | 296.38 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/18/2002 | 219831 | Disb | A87634 PERSONAL PROPERT3 | DOC: Postage | $3.50 |
| | | | | **Total Restrictions:** | $3.50 |